ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

Local Counsel for Plaintiff

BRIAN J. WANCA
ANDERSON & WANCA
3701 Algonquin Road, Ste 760
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
bwanca@andersonwanca.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                    Plaintiff,<br><br>          v.<br><br>DIVERSIFIED MEDICAL RECORDS SERVICES, INC. and JOHN DOES 1-10,<br><br>                    Defendants. | CASE NO. 12-CV-2258 H (RBB)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, PHYSICIANS HEALTHSOURCE, INC., by and through its attorneys and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), hereby dismisses this action with prejudice and without taxation of costs. Rule 23(e) does not apply to this voluntary dismissal because no class was certified.  Putative class claims are dismissed without prejudice.

Dated: December 28, 2012                    Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,

By: /s/Willem F. Jonckheer
    One of Plaintiff's Attorneys

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  415-788-4220
Fax:  415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

Local Counsel for Plaintiff

BRIAN J. WANCA
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com

Counsel for Plaintiff

1

**PROOF OF SERVICE**

I, the undersigned, state that I am a United States citizen and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert Jonckheer & Kolbe LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** on the persons listed below by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows:

**Rob Owens**
Owens & Gach Ray
10323 Santa Monica Bl., Ste. 102
Los Angeles, CA 90025

*Counsel for Defendant*

**Brian John Wanca**
Anderson & Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008

*Counsel for Plaintiff*

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 28th day of December, 2012 in San Francisco, California.


_____s/Jackie Zaneri_____
Jackie Zaneri

2